# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 11, 2008

Charles R. Fulbruge III
Clerk

No. 08-60408
Summary Calendar

MICHAEL R LADNER

Plaintiff - Appellant

V.

HANCOCK COUNTY SCHOOL DISTRICT

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:07-CV-901

Before REAVLEY, WIENER, and PRADO, Circuit Judges.

PER CURIAM:[*]

Michael Ladner, a teacher and basketball coach, sued Hancock County School District after it decided not to renew his employment contract. Ladner claimed, among other things, that he did not receive proper notice of the School District's decision. The School District was granted summary judgment and Ladner has appealed. Having carefully reviewed the record, we AFFIRM for the reasons stated in the district court's opinion.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.